DANIEL H. BRUNNER  
CHAPTER 13 TRUSTEE  
P.O. Box 1513  
Spokane, WA 99210-1513  
(509) 747-8481

JUN 11 '10 AM 10:33 USBCEW

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF WASHINGTON

In Re:  
JIMENEZ, CHRISTAL LOU

Case No. 09-04623-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $10.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| JIMENEZ, CHRISTAL LOU | 503 WEST I STREET #15<br>YAKIMA, WA<br>98902 | $10.00 |

Dated: May 13, 2010

*/s/ Daniel H. Brunner*  
DANIEL H. BRUNNER, Chapter 13 Trustee